UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARION KILER, *on behalf of herself and all others similarly situated*,

    Plaintiff,

-against-

TRANS UNION LLC,

    Defendant.

Case No.: 19-cv-837

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, TRANS UNION LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: *C. Neil Gray*
C. Neil Gray, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 231-2652
Email: cgray@reedsmith.com

Date: 5/23/2019

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, 8th Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: May 23, 2019

SO ORDERED

_____
U.S.D.J.