UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 28 2019 ★

BROOKLYN OFFICE

MARION KILER, *on behalf of herself and all others similarly situated,*

Plaintiff,

-against-

TRANS UNION LLC,

Defendant.

Case No.: <u>19-cv-837</u>

<u>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**</u>

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, TRANS UNION LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _C. Neil Gray_
C. Neil Gray, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 231-2652
Email: cgray@reedsmith.com

Date: _5/23/2019_

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, 8th Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: _May 23, 2019_

SO ORDERED

_/s/ Nina Gershon_
U.S.D.J.

5-24-19